# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2019

## NO. 03-18-00453-CR

**The State of Texas, Appellant**

**v.**

**Selina Mireles, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.